UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD KENT SUTTON, | ) | 1:05-CV-0968 OWW DLB HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| SCOTT KERNAN, | ) | (DOCUMENT #6) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 15, 2005, petitioner filed a motion to extend time to submit an application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to submit an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   October 11, 2005              /s/ Dennis L. Beck
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE