UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD KENT SUTTON, | ) | 1:05-cv-00968-OWW-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 16) |
| v. | ) | |
| | ) | **ORDER DENYING MOTION** |
| SCOTT KERNAN, Warden, | ) | **TO DISMISS** (Doc. 12) |
| | ) | |
|     Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 12, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss be DENIED, and that the matter be referred back to the Magistrate Judge for further proceedings.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

/

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 12, 2006, are ADOPTED IN FULL;

2. Respondent's motion to dismiss, filed January 12, 2006, is DENIED; and,

3. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE