# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KENT SUTTON, | CV F   05-0968 OWW DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITION WITHIN SIXTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| SCOTT KERNAN, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on July 28, 2005. By order of November 16, 2005, the Court directed Respondent to file a response to the petition. On January 12, 2006, Respondent filed a motion to dismiss the petition. (Court Doc. 12.) Petitioner filed an opposition on May 15, 2006. (Court Doc. 15.)

On June 12, 2006, the undersigned issued Findings and Recommendations recommending that Respondent's motion to dismiss be denied. (Court Doc. 16.) The Findings and Recommendations were adopted in full on July 31, 2006. (Court Doc. 17.)

Accordingly, within sixty (60) days from the date of service of this order, Respondent shall file an answer to the petition in accordance with the Court's November 16, 2005, order to

///

///

1

1 respond. Petitioner shall file a traverse within thirty (30) days from the date Respondent's files
2 its answer to the petition. All other provisions set forth in the Court's November 16, 2005, order,
3 remain in full force and effect.
4     IT IS SO ORDERED.
5     **Dated:**   **August 28, 2006**              **/s/ Dennis L. Beck**
3b142a                               UNITED STATES MAGISTRATE JUDGE