# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KENT SUTTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Warden<br><br>　　　　　Respondent.<br>_____/ | CV F   05-0968 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR COPY OF TRANSCRIPTS OF HEARING ON MOTION IN LIMINE, AND GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Docs. 19, 23] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Now pending before the Court is Petitioner's "Request For Complete 402B Evidentiary in Limine Hearing Transcripts," filed October 2, 2006.  (Court Doc. 19.)  Also pending before the Court is Petitioner's motion for an extension of time to file a traverse, filed November 13, 2006. (Court Doc. 23.)

　　　　In his request for a copy of the transcripts, Petitioner states that he has been attempting to obtain a copy of the transcripts of his motion in limine hearing, to no avail.  On October 13, 2006, Respondent filed an answer to the instant petition, and lodged the state court record with this Court.  (Court Docs. 20, 21.)  In the interest of justice, the Court will forward Petitioner a copy of the portion of the transcript pertaining to the motion in limine hearing conducted prior to trial.  (See RT 302-348.)  However, Petitioner is advised that this a courtesy copy, and future requests may not be accommodated.

With regard to Petitioner's motion for an extension of time to file a traverse, Petitioner states that he has had limited access to the law library and has been unable to adequately prepare his traverse. Petitioner requests a forty-five day extension of time. GOOD CAUSE having been demonstrated, Petitioner's request is GRANTED.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's request for a copy of the transcripts of the motion in limine is GRANTED;

2. The Clerk of Court is directed to forward to Petitioner a courtesy copy of the transcripts (RT 302-348); and

3. Petitioner's request for an extension of time to file a traverse is GRANTED, and Petitioner shall have forty-five days from the date of service of this order to submit his traverse.

IT IS SO ORDERED.

Dated:  **November 20, 2006**          /s/ **Dennis L. Beck**
3b142a                                               UNITED STATES MAGISTRATE JUDGE