UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD KENT SUTTON, | ) | 1:05-cv-00968-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 26) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| ANTHONY J. MALFI, Warden, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 28, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On November 20, 2007, Petitioner filed objections to the Findings and Recommendation.

//

/

1

1	In accordance with the provisions of 28 U.S.C. § 636
2	(b)(1)(C), this Court has conducted a *de novo* review of the case.
3	Having carefully reviewed the entire file, including Petitioner's
4	objections, the Court concludes that the Magistrate Judge's
5	Findings and Recommendation are supported by the record and proper
6	analysis.  Petitioner's objections present no grounds for
7	questioning the Magistrate Judge's analysis.
8	Accordingly, IT IS HEREBY ORDERED that:
9	1.	The Findings and Recommendation, filed September 28,
10	2007, are ADOPTED IN FULL;
11	2.	The instant Petition for Writ of Habeas Corpus is DENIED;
12	3.	The Clerk of Court enter judgment in favor of Respondent;
13	and,
14	4.	It is further ORDERED that the court declines to issue a
15		Certificate of Appealability.  28 U.S.C. § 2253(c); Slack
16		v. McDaniel, 529 U.S. 473, 484 (2000) (a COA should be
17		granted where the applicant has made "a substantial
18		showing of the denial of a constitutional right," i.e.,
19		when "reasonable jurists would find the district court's
20		assessment of the constitutional claims debatable or
21		wrong"; Hoffman v. Arave, 455 F.3d 926, 943 (9th Cir.
22		2006) (same).  In the present case, the Court finds that
23		reasonable jurists would not find it debatable that the
24		state courts' decision denying Petitioner's petition for
25		writ of habeas corpus were not "objectively
26		unreasonable."
27	IT IS SO ORDERED.
28	**Dated:   January 23, 2008**	           /s/ Oliver W. Wanger

2

UNITED STATES DISTRICT JUDGE